RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
ERIC B. ZIMBELMAN, ESQ.
Nevada Bar No. 9407
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Facsimile: (702) 990-7273
rpeel@peelbrimley.com
ezimbelman@peelbrimley.com
*Attorneys for Plaintiff*
*BRAHMA GROUP, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-CV-01747-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSE TO TONOPAH SOLAR ENERGY, LLC'S MOTION FOR AN INJUNCTION AND TO STRIKE [ECF 16]** |
| TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counterdefendant. | |

Plaintiff/Counter-Defendant BRAHMA GROUP, INC. ("BGI") and Defendant/Counter-Claimant TONOPAH SOLAR ENERGY, LLC ("TSE") by and through their respective counsel stipulate and agree as follows:

/ / /

**WHEREAS**, TSE filed a Motion for an Injunction and Motion to Strike ("Motion") on October 18, 2018 [ECF 16];

**WHEREAS**, the deadline for BGI to file a Response to the Motion is Thursday, November 1, 2018;

**WHEREAS,** due to a scheduling conflict involving BGI's counsel, TSE has agreed to extend the deadline for BGI to file its Response to the Motion through Monday, November 5, 2018;

**IT IS THEREFORE STIPULATED AND AGREED** that BGI's Response to the Motion shall be due on **November 5, 2018** and TSE's Reply in Support of its Motion shall be due on **November 16, 2018**.

IT IS SO STIPULATED this 1st day of November, 2018.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| /s/ Cary B. Domina, Esq. | /s/ Colby L. Balkenbush, Esq. |
| Richard L. Peel, Esq. (4359) | D. Lee Roberts, Jr., Esq. (8877) |
| Eric B. Zimbelman, Esq. (9407) | Colby L. Balkenbush, Esq. (13066) |
| Cary B. Domina, Esq. (10567) | 6385 S. Rainbow Blvd., Suite 400 |
| 3333 E. Serene Avenue, Suite 200 | Las Vegas, NV 89118 |
| Henderson, NV 89074-6571 | Telephone: (702) 938-3838 |
| Telephone: (702) 990-7272 | lroberts@wwhgd.com |
| rpeel@peelbrimley.com | cbalkenbush@wwhgd.com |
| ezimbelman@peelbrimley.com | *Attorneys for Defendant/Counterclaimant Tonopah Solar Energy, LLC* |
| cdomina@peelbrimley.com | |
| *Attorneys for Plaintiff/Counter-Defendant Brahma Group, Inc.* | |

### ORDER

**IT IS SO ORDERED** this __7th__ day of November, 2018.

RICHARD F. BOULWARE, II
United States District Judge