RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
ERIC B. ZIMBELMAN, ESQ.
Nevada Bar No. 9407
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Facsimile: (702) 990-7273
rpeel@peelbrimley.com
ezimbelman@peelbrimley.com
*Attorneys for Plaintiff*
*BRAHMA GROUP, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counter-Defendant. | CASE NO.: 2:18-CV-01747-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY TO BRAHMA GROUP INC.'S, MOTION FOR STAY, OR IN THE ALTERNATIAVE, MOTION TO AMEND COMPLAINT [ECF 13]** |

Plaintiff/Counter-Defendant BRAHMA GROUP, INC. ("BGI") and Defendant/Counter-Claimant TONOPAH SOLAR ENERGY, LLC ("TSE") by and through their respective counsel stipulate and agree as follows:

///

|   |   |
|---|---|
| 1 | **WHEREAS**, BGI filed a Motion for Stay, or in the Alternative, Motion to Amend |
| 2 | Complaint ("Motion") on October 16, 2018 [ECF 13]; |

**WHEREAS**, BGI filed a Motion for Stay, or in the Alternative, Motion to Amend Complaint ("Motion") on October 16, 2018 [ECF 13];

**WHEREAS**, the deadline for BGI to file a Reply to the Motion is Tuesday, November 6, 2018;

**WHEREAS,** due to a scheduling conflict involving BGI's counsel, TSE has agreed to extend the deadline for BGI to file its Reply to the Motion through Thursday, November 8, 2018;

**IT IS THEREFORE STIPULATED AND AGREED** that BGI's Reply to the Motion shall be due on **November 8, 2018**.

IT IS SO STIPULATED this ____ day of November, 2018.

| **PEEL BRIMLEY LLP** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
|---|---|
| _/s/ Cary B. Domina, Esq._ | _/s/ Colby L. Balkenbush, Esq._ |
| Richard L. Peel, Esq. (4359) | D. Lee Roberts, Jr., Esq. (8877) |
| Eric B. Zimbelman, Esq. (9407) | Colby L. Balkenbush, Esq. (13066) |
| Cary B. Domina, Esq. (10567) | 6385 S. Rainbow Blvd., Suite 400 |
| 3333 E. Serene Avenue, Suite 200 | Las Vegas, NV 89118 |
| Henderson, NV 89074-6571 | Telephone: (702) 938-3838 |
| Telephone: (702) 990-7272 | lroberts@wwhgd.com |
| rpeel@peelbrimley.com | cbalkenbush@wwhgd.com |
| ezimbelman@peelbrimley.com | *Attorneys for Defendant/Counterclaimant Tonopah Solar Energy, LLC* |
| cdomina@peelbrimley.com | |
| *Attorneys for Plaintiff/Counter-Defendant Brahma Group, Inc.* | |

## ORDER

**IT IS SO ORDERED** this __7th__ day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge