1  RICHARD L. PEEL, ESQ.
   Nevada Bar No. 4359
2  ERIC B. ZIMBELMAN, ESQ.
   Nevada Bar No. 9407
3  **PEEL BRIMLEY LLP**
   3333 E. Serene Avenue, Suite 200
4  Henderson, Nevada 89074-6571
   Telephone: (702) 990-7272
5  Facsimile: (702) 990-7273
   rpeel@peelbrimley.com
6  ezimbelman@peelbrimley.com
   *Attorneys for Plaintiff*
7  *BRAHMA GROUP, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counterdefendant. | CASE NO.: 2:18-CV-01747-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSE TO TONOPAH SOLAR ENERGY, LLC'S MOTION TO COMPEL BRAHMA GROUP, INC. TO RESPOND TO REQUESTS FOR PRODUCTION AND INTERROGATORIES [ECF 31]** |

Plaintiff/Counter-Defendant BRAHMA GROUP, INC. ("BGI") and Defendant/Counter-Claimant TONOPAH SOLAR ENERGY, LLC ("TSE") by and through their respective counsel stipulate and agree as follows:

/ / /

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

1  **WHEREAS**, TSE filed a Motion to Compel Brahma Group, Inc. to Respond to Requests for Production and Interrogatories ("Motion") on December 4, 2018 [ECF 31];

**WHEREAS**, the deadline for BGI to file a Response to the Motion is Tuesday, December 18, 2018;

**WHEREAS,** due to a scheduling conflict involving BGI's counsel, TSE has agreed to extend the deadline for BGI to file its Response to the Motion through Friday, December 21, 2018;

**IT IS THEREFORE STIPULATED AND AGREED** that BGI's Response to the Motion shall be due on **December 21, 2018**.

IT IS SO STIPULATED this 18th day of December, 2018.

| PEEL BRIMLEY LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| */s/ Cary B. Domina, Esq.* | */s/ Colby L. Balkenbush, Esq.* |
| Richard L. Peel, Esq. (4359) | D. Lee Roberts, Jr., Esq. (8877) |
| Eric B. Zimbelman, Esq. (9407) | Colby L. Balkenbush, Esq. (13066) |
| Cary B. Domina, Esq. (10567) | 6385 S. Rainbow Blvd., Suite 400 |
| 3333 E. Serene Avenue, Suite 200 | Las Vegas, NV 89118 |
| Henderson, NV 89074-6571 | Telephone: (702) 938-3838 |
| Telephone: (702) 990-7272 | lroberts@wwhgd.com |
| rpeel@peelbrimley.com | cbalkenbush@wwhgd.com |
| ezimbelman@peelbrimley.com | *Attorneys for Defendant/Counterclaimant Tonopah Solar Energy, LLC* |
| cdomina@peelbrimley.com | |
| *Attorneys for Plaintiff/Counter-Defendant Brahma Group, Inc.* | |

**ORDER**

**IT IS SO ORDERED** this  19th  day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2