1  RICHARD L. PEEL, ESQ.
   Nevada Bar No. 4359
2  ERIC B. ZIMBELMAN, ESQ.
   Nevada Bar No. 9407
3  **PEEL BRIMLEY LLP**
   3333 E. Serene Avenue, Suite 200
4  Henderson, Nevada 89074-6571
   Telephone: (702) 990-7272
5  Facsimile:  (702) 990-7273
   rpeel@peelbrimley.com
6  ezimbelman@peelbrimley.com
   *Attorneys for Plaintiff*
7  *BRAHMA GROUP, INC.*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  BRAHMA  GROUP,  INC.,  a  Nevada      CASE NO.: 2:18-CV-01747-RFB-GWF
    corporation,

12
                      Plaintiff,
13  vs.

14  TONOPAH  SOLAR  ENERGY,  LLC, a      **STIPULATION AND ORDER**
    Delaware limited liability company; DOES  **EXTENDING DEADLINE TO FILE**
15  I through X; and ROE CORPORATIONS I   **REPLY TO PLAINTIFF'S MOTION TO**
    through X,                            **STAY DISCOVERY PENDING**
16                                        **DETERMINATION OF DISPOSITIVE**
                      Defendants.         **MOTION [ECF 29]**

17  TONOPAH  SOLAR  ENERGY,  LLC a
    Delaware limited liability company; DOES
18  I through X; and ROE CORPORATIONS I
    through X,
19
                      Counterclaimant,
20
21  vs.

22  BRAHMA  GROUP,  INC.,  a  Nevada
    corporation
23
                      Counter-defendant.
24

25      Plaintiff/Counter-Defendant BRAHMA GROUP, INC. ("BGI") and Defendant/Counter-

26  Claimant TONOPAH SOLAR ENERGY, LLC ("TSE") by and through their respective counsel

27  stipulate and agree as follows:

28  / / /

1     **WHEREAS**, BGI filed a Motion to Stay Discovery Pending Determination of Dispositive

2 Motion ("Motion") on November 28, 2018 [ECF 29];

3     **WHEREAS**, the Court set a hearing date of December 27, 2018 at 1:30 p.m. as ECF 30;

4     **WHEREAS**, TSE filed its Opposition to the Motion on December 12, 2018 as ECF 32;

5     **WHEREAS,** BGI's Reply is due on December 17, 2018;

6     **WHEREAS,** due to a scheduling conflict involving BGI's counsel, TSE has agreed to

7 extend the deadline for BGI to file its Reply to the Motion through Friday, December 21, 2018;

8     **IT IS THEREFORE STIPULATED AND AGREED** that BGI's Reply to the Motion

9 shall be due on **December 21, 2018**.

10     IT IS SO STIPULATED this _____ day of December, 2018.

11

12 **PEEL BRIMLEY LLP**        **WEINBERG, WHEELER, HUDGINS,**
                                   **GUNN & DIAL, LLC**

13

14     */s/ Cary B. Domina, Esq.*          */s/ Colby L. Balkenbush, Esq.*
    Richard L. Peel, Esq. (4359)        D. Lee Roberts, Jr., Esq. (8877)

15 Eric B. Zimbelman, Esq. (9407)      Colby L. Balkenbush, Esq. (13066)
Cary B. Domina, Esq. (10567)       6385 S. Rainbow Blvd., Suite 400

16 3333 E. Serene Avenue, Suite 200    Las Vegas, NV 89118
Henderson, NV 89074-6571         Telephone: (702) 938-3838

17 Telephone: (702) 990-7272          lroberts@wwhgd.com
rpeel@peelbrimley.com             cbalkenbush@wwhgd.com

18 ezimbelman@peelbrimley.com      *Attorneys for Defendant/Counterclaimant*
cdomina@peelbrimley.com        *Tonopah Solar Energy, LLC*

19 *Attorneys for Plaintiff/Counter-Defendant*
*Brahma Group, Inc.*

20

21                        **ORDER**

22     **IT IS SO ORDERED** this _19th_ day of December, 2018.

23

24

25 _____
    UNITED STATES MAGISTRATE JUDGE

26

27

28

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273