1  RICHARD L. PEEL, ESQ.
   Nevada Bar No. 4359
2  ERIC B. ZIMBELMAN, ESQ.
   Nevada Bar No. 9407
3  **PEEL BRIMLEY LLP**
   3333 E. Serene Avenue, Suite 200
4  Henderson, Nevada 89074-6571
   Telephone: (702) 990-7272
5  Facsimile: (702) 990-7273
   rpeel@peelbrimley.com
6  ezimbelman@peelbrimley.com
7  *Attorneys for Plaintiff*
   *BRAHMA GROUP, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counter-Defendant. | CASE NO.: 2:18-CV-01747-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES TO MOTION TO INTERVENE [ECF 56]** |

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO EXTEND RESPONSE AND
REPLY DEADLINES TO MOTION TO INTERVENE [ECF 56]**

Plaintiff, BRAHMA GROUP, INC. ("Plaintiff") and Defendants-Intervenors, COBRA THERMOSOLAR PLANTS, INC. and AMERICAN HOME ASSURANCE COMPANY ("Defendants") by and through their respective counsel stipulate and agree as follows:

WHEREAS on October 18, 2019, Defendants filed its Motion to Intervene as Defendants ("Motion") as ECF 56.

WHEREAS Plaintiff's Response is due on or before November 1, 2019.

NOW THEREFORE THE PARTIES STIPULATE AND AGREE as follows:

IT IS STIPULATED AND AGREED that Plaintiff's Response to the Motion shall be filed on or before November 8, 2019.

IT IS FURTHER STIPULATED AND AGREED that Defendants' Reply to Plaintiff's Response shall be filed on or before November 18, 2019.

This is the Parties first request of this deadline and is not intended to cause any delay or prejudice to any Party.

IT IS SO STIPULATED AND AGREED this 31st day of October, 2019.

| PEEL BRIMLEY LLP | WEIL & DRAGE |
|---|---|
| */s/ Eric B. Zimbelman* | */s/ Geoffrey Crisp* |
| Richard L. Peel, Esq. (4359) | Geoffrey Crisp, Esq. (2104) |
| Eric B. Zimbelman, Esq. (9407) | Jeremy R. Kilber, Esq. (10643) |
| 3333 E. Serene Avenue, Suite 200 | 2500 Anthem Village Drive |
| Henderson, NV 89074-6571 | Henderson, NV 89052 |
| Telephone: (702) 990-7272 | Telephone: (702) 314-1905 |
| *Attorneys for Plaintiff* | *Attorneys for Proposed Defendants-* |
| *BRAHMA GROUP, INC.* | *Intervenors, COBRA THERMOSOLAR PLANTS, INC. and AMERICAN HOME ASSURANCE COMPANY* |

**ORDER**

IT IS SO ORDERED this 1st day of November, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**