1 RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
2 ERIC B. ZIMBELMAN, ESQ.
Nevada Bar No. 9407
3 **PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
4 Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
5 Facsimile: (702) 990-7273
rpeel@peelbrimley.com
6 ezimbelman@peelbrimley.com
*Attorneys for Plaintiff*
7 *BRAHMA GROUP, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants.<br><br>TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counter-Defendant. | CASE NO.: 2:18-CV-01747-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES TO MOTION TO INTERVENE [ECF 56]** |

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO EXTEND RESPONSE AND
REPLY DEADLINES TO MOTION TO INTERVENE [ECF 56]**

Plaintiff, BRAHMA GROUP, INC. ("Plaintiff") and Defendants-Intervenors, COBRA THERMOSOLAR PLANTS, INC. and AMERICAN HOME ASSURANCE COMPANY ("Defendants") by and through their respective counsel stipulate and agree as follows:

WHEREAS on October 18, 2019, Defendants filed its Motion to Intervene as Defendants ("Motion") as ECF 56.

WHEREAS the Parties filed a Stipulation and Order to Extend Response and Reply Deadlines to [56] Motion to Intervene as ECF 58.

WHEREAS the Court granted [58] Stipulation and Order to Extend Response and Reply Deadlines to [56] Motion to Intervene as ECF 59.

WHEREAS Defendant Tonopah Solar Energy, LLC filed its Joinder, or Alternatively, Response to Cobra's and AHAC's [56] Motion to Intervene as ECF 59.

WHEREAS Plaintiff's Response is due on or before November 8, 2019.

WHEREAS Defendants' Reply to Plaintiff's Response shall be filed on or before November 18, 2019.

NOW THEREFORE THE PARTIES STIPULATE AND AGREE as follows:

IT IS STIPULATED AND AGREED that Plaintiff's Response to the Motion shall be filed on or before November 15, 2019.

IT IS FURTHER STIPULATED AND AGREED that Defendants' Reply to Plaintiff's Response shall be filed on or before November 25, 2019.

/ / /

/ / /

/ / /

This is the Parties second request of this deadline and is not intended to cause any delay or prejudice to any Party.

IT IS SO STIPULATED AND AGREED this 8th day of November, 2019.

| **PEEL BRIMLEY LLP** | **WEIL & DRAGE** |
|---|---|
| */s/ Eric B. Zimbelman* <br> Richard L. Peel, Esq. (4359 <br> Eric B. Zimbelman, Esq. (9407) <br> 3333 E. Serene Avenue, Suite 200 <br> Henderson, NV 89074-6571 <br> Telephone: (702) 990-7272 <br> *Attorneys for Plaintiff* <br> *BRAHMA GROUP, INC.* | */s/ Geoffrey Crisp* <br> Geoffrey Crisp, Esq. (2104) <br> Jeremy R. Kilber, Esq. (10643) <br> 861 Coronado Center Drive, Suite 231 <br> Henderson, NV 89052 <br> Telephone: (702) 314-1905 <br> *Attorneys for Proposed Defendants-Intervenors, COBRA THERMOSOLAR PLANTS, INC. and AMERICAN HOME ASSURANCE COMPANY* |

**ORDER**

IT IS SO ORDERED this this 12th day of November, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**