1  RICHARD L. PEEL, ESQ.
   Nevada Bar No. 4359
2  ERIC B. ZIMBELMAN, ESQ.
   Nevada Bar No. 9407
3  **PEEL BRIMLEY LLP**
   3333 E. Serene Avenue, Suite 200
4  Henderson, Nevada 89074-6571
   Telephone: (702) 990-7272
5  Facsimile: (702) 990-7273
   rpeel@peelbrimley.com
6  ezimbelman@peelbrimley.com
   *Attorneys for Plaintiff*
7  *BRAHMA GROUP, INC.*

8

9                    **UNITED STATES DISTRICT COURT**

10                          **DISTRICT OF NEVADA**

11  BRAHMA GROUP, INC., a Nevada          CASE NO.: 2:18-CV-01747-RFB-EJY
    corporation,
12
                    Plaintiff,
13  vs.
                                          **STIPULATION AND ORDER TO EXTEND**
14  TONOPAH SOLAR ENERGY, LLC, a          **RESPONSE AND REPLY DEADLINES TO**
    Delaware limited liability company; DOES  **MOTION TO INTERVENE [ECF 56]**
15  I through X; and ROE CORPORATIONS I
    through X,
16
                    Defendants.
17
18  TONOPAH SOLAR ENERGY, LLC a
    Delaware limited liability company; DOES
19  I through X; and ROE CORPORATIONS I
    through X,
20
                    Counterclaimant,
21
    vs.
22
    BRAHMA GROUP, INC., a Nevada
23  corporation
                    Counter-Defendant.
24

25  ///
26  ///
27  ///
28

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273

## STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES TO MOTION TO INTERVENE [ECF 56]
*(Third Request)*

Plaintiff, BRAHMA GROUP, INC. ("Plaintiff") and Defendants-Intervenors, COBRA THERMOSOLAR PLANTS, INC. and AMERICAN HOME ASSURANCE COMPANY ("Intervenors") by and through their respective counsel stipulate and agree as follows:

WHEREAS on October 18, 2019, Intervenors filed their Motion to Intervene as Defendants ("Motion") as ECF 56.

WHEREAS on October 31, 2019, Plaintiff and Intervenors filed a Stipulation and Order to Extend Response and Reply Deadlines to [56] Motion to Intervene as ECF 58.

WHEREAS on November 1, 2019, the Court granted [58] Stipulation and Order to Extend Response and Reply Deadlines *(First Request)* to [56] Motion to Intervene as ECF 59.

WHEREAS on November 1, 2019, Defendant Tonopah Solar Energy, LLC filed its Joinder, or Alternatively, Response to Cobra's and AHAC's [56] Motion to Intervene as ECF 59.

WHEREAS on November 8, 2019, Plaintiff and Intervenors filed a Stipulation and Order to Extend Response and Reply Deadlines *(Second Request)* to [56] Motion to Intervene as ECF 60.

WHEREAS on November 12, 2019, the Court granted [60] Stipulation and Order to Extend Response and Reply Deadlines to [56] Motion to Intervene as ECF 61.

WHEREAS Plaintiff's Response is due on or before November 15, 2019.

WHEREAS Intervenors' Reply to Plaintiff's Response shall be filed on or before November 25, 2019.

WHEREAS Plaintiff and Intervenors have re-opened previously dormant settlement discussions and agree that a further extension of time for Plaintiff to respond to the Motion to Intervene would be useful to that process (with the possibility of a lengthier extension and/or stay if the settlement discussions progress).

///

///

///

NOW THEREFORE THE PARTIES STIPULATE AND AGREE as follows:

IT IS STIPULATED AND AGREED that Plaintiff's Response to the Motion shall be filed on or before November 27, 2019.

IT IS FURTHER STIPULATED AND AGREED that Intervenors' Reply to Plaintiff's Response shall be filed on or before December 9, 2019.

This is Plaintiff's and Intervenors' third request of this deadline and it is not intended to cause any delay or prejudice to any Party.

IT IS SO STIPULATED AND AGREED this 14th day of November, 2019.

| | |
|---|---|
| **PEEL BRIMLEY LLP** | **WEIL & DRAGE** |
| /s/ Eric B. Zimbelman | /s/ Geoffrey Crisp |
| Richard L. Peel, Esq. (4359) | Geoffrey Crisp, Esq. (2104) |
| Eric B. Zimbelman, Esq. (9407) | Jeremy R. Kilber, Esq. (10643) |
| 3333 E. Serene Avenue, Suite 200 | 861 Coronado Center Drive, Suite 231 |
| Henderson, NV 89074-6571 | Henderson, NV 89052 |
| Telephone: (702) 990-7272 | Telephone: (702) 314-1905 |
| *Attorneys for Plaintiff* | *Attorneys for Proposed Defendants-* |
| *BRAHMA GROUP, INC.* | *Intervenors, COBRA THERMOSOLAR* |
| | *PLANTS, INC. and AMERICAN HOME* |
| | *ASSURANCE COMPANY* |

## ORDER

IT IS SO ORDERED this this __18__ day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE