D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864
*Attorneys for Defendant/Counterclaimant
Tonopah Solar Energy, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendant.<br><br>―――――――――――<br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation,<br><br>Counterdefendant. | Case No.  2:18-cv-01747-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO BRAHMA GROUP, INC.'S MOTION TO LIFT STAY, SUBSTITUTE THE REORGANIZED TSE LLC, JOIN COBRA AND AHAC, AND REMAND TO STATE COURT (ECF NO. 87)**<br><br>**(FIRST REQUEST)** |

Defendant/Counterclaimant Tonopah Solar Energy, LLC ("TSE") and Plaintiff/Counterdefendant Brahma Group, Inc. ("Brahma"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for TSE or any interested non-parties, including, but not necessarily limited to rTSE, Cobra Thermosolar Plants, Inc., and American Home Assurance Company, to the extent necessary, to respond to Brahma's Motion to Lift Stay, Substitute the Reorganized TSE LLC, Join Cobra and AHAC, and Remand to State Court ("Motion") (ECF No. 87) from September 24, 2021 to October 11, 2021.  Brahma filed the Motion on September 10, 2021.  This is the first stipulation for an extension of time to respond to the Motion.

The parties submit that good cause exists for the extension given the number and complexity of the issues raised in the Motion and the parties' prior agreement that they would afford each other 30 days notice if they sought to lift the stay currently in place (*see* ECF No. 84).  The parties further submit that the extension is in good faith and not for the purposes of delay.

| | |
|---|---|
| DATED: September 20, 2021 | DATED: September 20, 2021 |
| */s/ Ryan T. Gormley*<br>D. Lee Roberts, Jr., Esq.<br>Colby L. Balkenbush, Esq.<br>Ryan T. Gormley, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, Nevada  89118<br>*Attorneys for Defendant/Counterclaimant Tonopah Solar Energy, LLC* | */s/ Eric B. Zimbelman (with permission)*<br>Richard L. Peel. Esq.<br>Eric B. Zimbelman, Esq.<br>PEEL BRIMLEY, LLP<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff/Counterdefendant Brahma Group, Inc* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 20, 2021

Page 2 of 2