D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
*lroberts@wwhgd.com*
Colby L. Balkenbush, Esq.
Nevada Bar No. 13066
*cbalkenbush@wwhgd.com*
Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant/Counterclaimant
Tonopah Solar Energy, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendant. | Case No. 2:18-cv-01747-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO BRAHMA GROUP, INC.'S MOTION TO LIFT STAY, SUBSTITUTE THE REORGANIZED TSE LLC, JOIN COBRA AND AHAC, AND REMAND TO STATE COURT (SECOND REQUEST) AND TO EXTEND DEADLINE TO FILE A REPLY BRIEF (FIRST REQUEST)** |
| TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation,<br><br>Counterdefendant. | |

///

///

Defendant/Counterclaimant Tonopah Solar Energy, LLC ("TSE") and Plaintiff/Counterdefendant Brahma Group, Inc. ("Brahma"), by and through their respective undersigned counsel, hereby stipulate and agree to the following briefing schedule on Brahma's Motion to Lift Stay, Substitute the Reorganized TSE LLC, Join Cobra and AHAC, and Remand to State Court ("Motion") (ECF No. 87):

- Extend the deadline for TSE or any interested non-parties, including, but not necessarily limited to rTSE, Cobra Thermosolar Plants, Inc., and American Home Assurance Company, to the extent necessary, to respond to the Motion from October 11, 2021 to October 25, 2021. Brahma filed the Motion on September 10, 2021. This is the second stipulation for an extension of time to respond to the Motion. *See* ECF No. 90 (order granting the first stipulation).

- Extend the deadline for Brahma to file a reply in support of the Motion from 7 days after service of the response to 21 days from October 25, 2021, thereby making the reply due by November 15, 2021. This is the first stipulation for such an extension of time.

The parties submit that good cause exists for this briefing schedule given the number and complexity of the issues raised in the Motion and the burden imposed on counsel on both sides with pre-existing commitments and trial. The parties further submit that the extension is in good faith and not for the purposes of delay.

DATED: October 7, 2021                              DATED: October 7, 2021

*/s/ Ryan T. Gormley*                               */s/ Eric B. Zimbelman (with permission)*
D. Lee Roberts, Jr., Esq.                           Richard L. Peel. Esq.
Colby L. Balkenbush, Esq.                           Eric B. Zimbelman, Esq.
Ryan T. Gormley, Esq.                               PEEL BRIMLEY, LLP
WEINBERG, WHEELER, HUDGINS,                         3333 E. Serene Avenue, Suite 200
  GUNN & DIAL, LLC                                  Henderson, Nevada 89074
6385 South Rainbow Blvd., Suite 400                 *Attorneys for Plaintiff/Counterdefendant*
Las Vegas, Nevada 89118                             *Brahma Group, Inc.*
*Attorneys for Defendant/Counterclaimant*
*Tonopah Solar Energy, LLC*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED: October 7, 2021**