1  RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
2  ERIC B. ZIMBELMAN, ESQ.
Nevada Bar No. 9407
3  **PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
4  Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
5  Facsimile:  (702) 990-7273
rpeel@peelbrimley.com
6  ezimbelman@peelbrimley.com
*Attorneys for Plaintiff*
7  *BRAHMA GROUP, INC.*

8

9                **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation, | CASE NO.: 2:18-CV-01747-RFB-EJY |
| Plaintiff, | |
| vs. | |
| TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO OPPOSITIONS TO BRAHMA GROUP, INC.'S MOTION TO LIFT STAY, SUBSTITUTE THE REORGANIZED TSE LLC, JOIN COBRA AND AHAC, AND REMAND TO STATE COURT (ECF NO. 87)** |
| Defendants. | |
| TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, | **(SECOND REQUEST)** |
| Counterclaimant, | |
| vs. | |
| BRAHMA GROUP, INC., a Nevada corporation | |
| Counter-Defendant. | |

25

26    Plaintiff, BRAHMA GROUP, INC. ("Brahma'), Defendant/Counterclaimant Tonopah

27 Solar Energy**,** LLC ("TSE"), and non-parties COBRA THERMOSOLAR PLANTS, INC. and

28 AMERICAN HOME ASSURANCE COMPANY (collectively, "Cobra") hereby stipulate and

**PEEL BRIMLEY LLP**
**3333 E. SERENE AVENUE, STE. 200**
**HENDERSON, NEVADA 89074**
**(702) 990-7272 ◆ FAX (702) 990-7273**

1  agree to extend the deadline for Brahma to Reply to the Oppositions of TSE (ECF 96) and Cobra

2  (ECF 94) to Brahma's Motion to Lift Stay, Substitute the Reorganized TSE LLC, Join Cobra and

3  AHAC, and Remand to State Court ("Motion") (ECF No. 87) *__from November 15, 2021 to__*

4  *__November 22, 2021__*.  Brahma filed the Motion on September 10, 2021 and TSE and Cobra filed

5  their Oppositions on October 25, 2021. This is the second stipulation applicable to Brahma's Reply.

6        The parties and non-parties submit that good cause exists for the extension given the number

7  and complexity of the issues raised in the Motion and the Oppositions as well as counsel's

8  respective obligations in this and other matters.  The parties and non-parties further submit that the

9  extension is in good faith and not for the purposes of delay.

10        IT IS SO STIPULATED AND AGREED this 9th day of November, 2021.

11  **PEEL BRIMLEY LLP**                              **W&D LAW, LLP**

12  */s/ Eric B. Zimbelman*                           */s/ Geoffrey Crisp*
13  Richard L. Peel, Esq. (4359)                      Geoffrey Crisp, Esq. (2104)
    Eric B. Zimbelman, Esq. (9407)                    Jeremy R. Kilber, Esq. (10643)
14  3333 E. Serene Avenue, Suite 200                  861 Coronado Center Drive, Suite 231
    Henderson, NV 89074-6571                          Henderson, NV  89052
15  Telephone: (702) 990-7272                         Telephone: (702) 314-1905
                                                      *Attorneys for Non-Parties Cobra*
16  *Attorneys for Plaintiff*                         *Thermosolar Plants, Inc. And American*
    *Brahma Group, Inc.*                              *Home Assurance Company*
17  **WEINBERG, WHEELER, HUDGINS,**
    **GUNN & DIAL, LLC**
18
19  */s/ Colby Balkenbush*
    D. Lee Roberts, Jr., Esq. (8877)
20  Colby L. Balkenbush, Esq.(13066)
    Ryan T. Gormley, Esq. (13494
21  6385 South Rainbow Blvd., Suite 400
    Las Vegas, Nevada  89118
22  Telephone:(702) 938-3838
    *Attorneys for Defendant/Counterclaimant*
23  *Tonopah Solar Energy, LLC*

24                          **ORDER**

25        IT IS SO ORDERED this this __10th__ day of November, 2021.

26

27  _____

28     **RICHARD F. BOULWARE, II**
       **United States District Judge**