RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
ERIC B. ZIMBELMAN, ESQ.
Nevada Bar No. 9407
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Facsimile: (702) 990-7273
rpeel@peelbrimley.com
ezimbelman@peelbrimley.com
cdomina@peelbrimley.com
*Attorneys for Plaintiff*
*BRAHMA GROUP, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRAHMA GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:18-CV-01747-RFB-EJY<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TONOPAH SOLAR ENERGY, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Counterclaimant,<br><br>vs.<br><br>BRAHMA GROUP, INC., a Nevada corporation<br><br>Counter-Defendant. | |

BRAHMA GROUP, INC ("Brahma"), by and through its undersigned counsel, the law firm of PEEL BRIMLEY LLP, Tonopah Solar Energy LLC ("TSE") by and through its

undersigned counsel, the law firm of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC, hereby stipulate that Brahma's Complaint and TSE's Counter-Claim are dismissed with prejudice, with each party to bear their own respective fees and costs incurred in this matter.

A trial has not been scheduled for this matter.

DATED this 3rd day of August, 2022.

| PEEL BRIMLEY LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| *[signature]* | *[signature]* (13494) |
| RICHARD L. PEEL, ESQ. (4359)<br>ERIC ZIMBELMAN, ESQ. (9407)<br>CARY B. DOMINA, ESQ. (10567)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>*Attorneys for Brahma Group, Inc.* | D. LEE ROBERTS, ESQ. (8877)<br>COLBY L. BALKENBUSH, ESQ. (13066)<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>*Attorneys for Tonopah Solar Energy, LLC* |

### ORDER

UPON STIPULATION of the parties, and good cause appearing, it is hereby ORDERED, ADJUDGED and DECREED that Case No. 2:18-CV-01747-RFB-EJY is dismissed with prejudice in its entirety. The parties shall be responsible for their own costs and attorney fees.

**IT IS SO ORDERED** this 16th day of August, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court

*Respectfully Submitted by:*
**PEEL BRIMLEY LLP**

*[signature]*

RICHARD L. PEEL, ESQ. (4359)
ERIC ZIMBELMAN, ESQ. (9407)
CARY B. DOMINA, ESQ. (10567)
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
*Attorneys for Brahma Group, Inc.*